AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| ALEJANDRO RAFAEL FIGUEROA FERRER, | ) Case No. 24-MJ-6537-PMH |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 20 through July 24, 2023,__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of child pornography |
| 18 U.S.C. § 2422(b) | Coercion and enticement of a minor |
| 18 U.S.C. § 2252A(a)(3)(B) and (b)(1) | Solicitation of child pornography |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_Complainant's signature_

Carlos Villalona, Task Force Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 11/14/2024

_Judge's signature_

City and state: Fort Lauderdale, Florida

Patrick M. Hunt, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Carlos R. Villalona, being duly sworn, state as follows:

## INTRODUCTION

1. I am a Task Force Officer with the Federal Bureau of Investigation ("FBI") and have been so assigned since May 2020. I am currently assigned to the Crimes against Children Squad in the Miami Field Office, which targets individuals involved in sexual exploitation of minors including the sex trafficking of children and various criminal offenses related to the production, distribution, receipt, and possession of child pornography. I received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in child exploitation investigations and have executed search warrants that have led to seizures of child pornography. From December 2006 to present, I have served as a law enforcement officer with the Miramar Police Department and currently work for the Criminal Investigations Division.

2. I am a law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations, execute and serve search warrants, and make arrests for offenses enumerated in Title 18 of the United States Code, as well as other offenses against the United States.

3. This affidavit is made in support of a criminal complaint charging Alejandro Rafael Figueroa Ferrer ("FIGUEORA") with violating Title 18, United States Code, Sections 2251(a) (Production of Child Pornography), 2422(b) (Coercion and Enticement of a Minor), and 2252A(a)(3)(B) and (b)(1) (Solicitation of Child Pornography).

1

4.     The information contained in this affidavit includes both information that I have learned through my own investigation, and information that has been provided to me by other law enforcement officers and witnesses. Because this affidavit is being submitted for the limited purpose of securing a complaint, I have not included every fact and circumstance known to me.

## PROBABLE CAUSE

5.     In November of 2023, in response to a search warrant (SC No. 21-2163) stemming from another investigation involving a 13-year-old girl ("Minor Victim") living in Washington, D.C., agents from the FBI Washington Field Office ("WFO") received documents/records from Discord, Inc., a social media platform which allows private and group communication, that included the contents of Minor Victim's Discord account.

6.     A review of Minor Victim's account revealed a thread/chat with Discord user drodizzle#0/User ID: 861878291669843999 ("drodizzle#0"), from approximately June 20, 2023, through July 24, 2023. Drodizzle#0 identified himself as "Alex." The communications between drodizzle#0 and Minor Victim indicate that drodizzle#0 knew that Minor Victim was 13 years old. Drodizzle#0 coerced Minor Victim to transmit at least one image of child sexual abuse material and several child exploitive photographs to him. Drodizzle#0 also transferred numerous graphic interchange format ("GIF") files to Minor Victim showing adult pornography.

7.     FBI WFO subpoenaed Discord for subscriber information for drodizzle#0/User ID: 861878291669843999, and received the following:

| |
|---|
| Email: al_22307@proton.me |
| Billing: Alejandro R. Figueroa, an address on SW 195th Terrace, Miramar FL |
| Account registration: 2021-07-06 07:56:37 (UTC) |
| Last Seen Time: 2024-03-08 16:15:26 (UTC) |

2

| Last Seen IP: 66.176.250.185 |
|---|

8. For the drodizzle#0 account, Discord also provided IP address 73.245.171.66 captured on 07-15-23 at approximately 22:53:49 (UTC), which is during the period drodizzle#0 was communicating with Minor Victim. IP addresses 73.245.171.66 and 66.176.250.185 resolve to Comcast Communications.

9. FBI WFO subpoenaed Comcast Cable Communications for subscriber information for IP address 73.245.171.66 and 66.176.250.185 and received the following:

| |
|---|
| Subscriber Name: Alejandro Figueroa |
| Service Address: an address on SW 195th Terrace, Miramar FL |
| Billing Address: an address on SW 195th Terrace, Miramar FL |
| Telephone #: a phone number ending in 4176 |
| Type of Service: Internet |
| Account Number: 849575101069992385 |
| Start of Service: 09/12/2020 |
| Account Status: Active |
| E-mail User Ids: alejandro.r.figueroa@comcast.net |

10. FBI Miami received the Discord chat contents and pictures from WFO in May of 2024 and initiated an investigation into the communications between Minor Victim and drodizzle#0.

11. When drodizzle#0 started communicating with Minor Victim on June 20, 2023, Minor Victim stated that her school term was going to end soon, and her parents would be upset if

3

she failed. Minor Victim also said that when school ended, her parents were sending her to a wilderness camp.

12. During that first conversation, drodizzle#0 sent a picture (IMG_7853.jpg) purportedly of himself in a swimming pool from the waist down, wearing black and yellow striped swimming trunks while holding a clear cup with dark colored dots.

13. On June 21, 2023, drodizzle#0 told Minor Victim he was "walking the pup" and sent a picture (IMG_7893.jpg) of a grey and white Scottish Terrier on a leash wearing an orange print scarf. Drodizzle#0 told the Minor Victim the dog's name was "Pepper" and that she was 9 years old. The FBI found a Facebook account with the name "Alejandro Figueroa" and pictures of a person that match FIGUEROA's picture on file with the Florida Department of Highway Safety and Motor Vehicles, and a picture of a person that looks like FIGUEROA holding a dog like the dog in the picture drodizzle#0 sent to Minor Victim.

14. On June 21, 2023, during a Discord chat, drodizzle#0 asked Minor Victim what she was doing all day and sent Minor Victim a GIF of an adult rubbing her vagina over her clothing. He then sent a GIF (IMG_7905.gif) of an adult female lying on the edge of a bed, naked, with her legs spread apart exposing her vagina, using her hands to masturbate, and asked "Would that make you blush like this?"

15. Continuing with the conversation, drodizzle#0 asked Minor Victim if she watches porn and if it turns her on. After drodizzle#0 sent Minor Victim some videos of adult pornography, Minor Victim sent drodizzle#0 a picture of herself, and drodizzle#0 responded, "wish you didn't have that shirt on." Minor Victim then sent a picture of her bare abdomen showing a portion of her breasts. Drodizzle#0 commented, "Your tongue and that beautiful chest would be a fun time."

16. As the conversation continued, drodizzle#0 asked Minor Victim what kind of panties she was wearing, asked her if her vagina has hair, told her he wanted to blow on it and that he bet it tastes good, and asked her if he could see her panties.

17. On June 22, 2023, Minor Victim was chatting with drodizzle#0 on Discord and told him that she was going to bring a cake to school because it was the last day of school, and her first period class would be having a potluck meal. Drodizzle#0 replied, "I'd love to eat your cake." Referencing Minor Victim's clitoris, Drodizzle#0 also said it "sounds like a fun lil thing to put on my tongue." During the same chat, drodizzle#0 asked Minor Victim how far she had gone with another person and told her "I wanna see your peaches and tits!!!" and "Lemme see that top while your [sic] being naughty for me."

18. Later in the chat, drodizzle#0 told Minor Victim that he wanted to get her "lady boner up," wanted to "chill with [her]" that night, and wanted to lick her "up and down." Then he told her he wanted to masturbate to her and asked her to send him a picture of which part of her body she would let him penetrate.

19. Also on June 22, 2023, drodizzle#0 told Minor Victim that he was going for a long car ride to visit his folks for the weekend. Broward County property records show that FIGUEROA resides at 3270 SW 195th Terrace, Miramar, FL 33029. Florida Highway Safety and Motor Vehicles records and physical surveillance confirmed that FIGUEROA is the registered owner of a Toyota Sienna minivan with FL tag KEZW27. A license plate reader ("LPR") check of FIGUEROA's registered tag captured images of his minivan on June 24, 2023, travelling through Pinellas County, in the general geographic area where FIGUEROA's parents live, according to Florida Highway Safety and Motor Vehicles records.

20. On June 23, 2023, drodizzle#0 become upset with Minor Victim because Minor Victim told one of her friends about him. Drodizzle#0 said that Minor Victim had to be punished for it and told Minor Victim that when she bathes herself she has to show him how she washes her breasts and vagina, and that she would get "bonus points" for slapping her thighs and buttocks.

21. On June 24, 2023, during a Discord chat, drodizzle#0 told Minor Victim that she needed to "get stuffed" and "let someone penetrate" so she could "feel nice and warm inside." Drodizzle#0 said that he'd "be gentle and show [her] the ropes" by pushing it in "deep and slow." He then asked Minor Victim for a "lil preview" of her serving her punishment, and Minor Victim responded by sending him a picture (IMG_9356.jpg) of herself using her fingers to spread open and expose her vagina, and a picture (IMG_9357.jpg) of her lifting her gray shirt and exposing her breast.

22. On June 25, 2023, Minor Victim informed drodizzle#0 that she was in a relationship with a boy she met online. Drodizzle#0 stated, "so he must be older," to which Minor Victim responded, "yeah, he's 15," and drodizzle#0 replied, "sweet." Later in the same conversation, drodizzle#0 told Minor Victim, "hard to forget the fun we had" and "I go back and watch your pics and vids and imagine cumming inside you."

23. The communications between drodizzle#0 and Minor Victim ended on July 24, 2023, when Minor Victim messaged drodizzle#0: "I'm so tired of you…your [sic] a creep who talks to minors online and you knew I was fucking 13 but you didn't do shit…I was in a terrible state and you used that so I could send photos and videos of myself to you." Drodizzle#0 responded, "Okay, that's all you gotta say."

## CHILD FORENSIC INTERVIEW

24. On August 15, 2024, Minor Victim was interviewed at Safe Shores - The DC Children's Advocacy Center, in Washington, D.C. The forensic interview was conducted by Erica Bennett, child and adolescent forensic interviewer. Communications by parties in the interview room were electronically recorded.

25. During the interview, Minor Victim was shown a series of images and responded as follows: Minor Victim identified herself in the messages and drodizzle#0 as one of her "groomers." She believed they met on Instagram. Minor Victim said that drodizzle#0 knew her preferred name, address, appearance, body, voice, and that she was 13 years old because she told him when they first met. Minor Victim identified photographs of sexually explicit conduct that she took of herself and sent to drodizzle#0. Minor Victim said she had "e-sex" with drodizzle#0 on Instagram and Discord. Minor Victim identified a photograph of drodizzle#0's dog and a photo that partially shows drodizzle#0.

26. Minor Victim said she and drodizzle#0 had calls on Instagram and Discord to show each other what they were doing, like "masturbating." They would masturbate until someone "came." She said drodizzle#0 would setup the camera in his bathroom and "jerk off." She could see his "dick" and legs and he could see her whole body.

27. Minor Victim said the calls were audio and video, and sometimes drodizzle#0 sent nude videos in the chat. She also sent him audio recordings of herself moaning and videos of herself masturbating and "deep throating" a brush or whatever he wanted her to do. His videos were usually of him "jerking off" to whatever she was doing. He would tell her what he wanted her to do.

## EXECUTION OF SEARCH WARRANT

28. On the morning of November 13, 2024, FBI agents executed a search warrant (24mj6510-Valle) on FIGUEROA, his Miramar home, and his computers and electronic storage media. The phone found on FIGUEROA's person contained the subject drodizzle#0 Discord account and showed that it was established in 2021.

29. During the search of FIGUEROA's home, law enforcement found black and yellow striped swimming trunks and a clear cup with dark colored dots that appear to match the swimming trunks and clear cup in the picture drodizzle#0 sent to Minor Victim during their initial conversation, as referenced in paragraph 12, above.

30. Post-*Miranda*, FIGUEROA confirmed that he subscribed to Comcast Cable Communications for his home internet service.

31. Based on the foregoing, there is probable cause to believe that FIGUEROA committed violations of Title 18, United States Code, Sections 2251(a) (Production of Child Pornography), 2422(b) (Coercion and Enticement of a Minor), and 2252A(a)(3)(B) and (b)(1) (Solicitation of Child Pornography).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Carlos R. Villalona, Task Force Officer
Federal Bureau of Investigation

Attested to by the applicant before me this
14th day of November 2024.

HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 24-MJ-6537-PMH

## BOND RECOMMENDATION

DEFENDANT: ALEJANDRO RAFAEL FIGUEROA FERRER

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _Justin McCormack_
AUSA:   Justin McCormack

Last Known Address: 3271 SW 195th Ter

Miramar FL 33029

What Facility:

Agent(s):   Carlos Villalona, FBI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)